HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defenders
2300 Tulare Street, Suite 330
Fresno, CA  93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JASON WOMACK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JASON WOMACK,<br><br>    Defendant. | Case No. 1:20-po-00071-SAB<br><br>STIPULATION TO CONTINUE AND SET CHANGE OF PLEA; ORDER<br><br>DATE:  September 17, 2020<br>TIME:   10:00 a.m.<br>JUDGE: Hon. Stanley A. Boone |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Special Assistant United States Attorney Philip Tankovich, counsel for plaintiff, and Assistant Federal Defender Matthew Lemke, counsel for defendant Jason Womack, that the arraignment currently set for September 17, 2020, be continued to October 15, 2020.

    The parties have reached an agreement to resolve this case.  Accordingly, the parties jointly request that the September 17, 2020, arraignment be continued to October 15, 2020, at which point the parties anticipate a change of plea and final resolution of the case

\\

\\

\\

\\

|   |   |
|---|---|
| 1 | Respectfully submitted, |
| 2 | MCGREGOR W. SCOTT<br>United States Attorney |
| 3 |   |
| 4 | Date: September 15, 2020     */s/ Philip Tankovich*<br>PHILIP TANKOVICH<br>Special Assistant United States Attorney<br>Attorney for Plaintiff |
| 7 | HEATHER E. WILLIAMS<br>Federal Defender |
| 9 | Date: September 15, 2020     */s/ Matthew Lemke*<br>MATTHEW LEMKE<br>Assistant Federal Defender<br>Attorney for Defendant<br>JASON WOMACK |

**O R D E R**

Based on a showing of good cause, the Court hereby orders that the arraignment currently scheduled for September 17, 2020, is continued to October 15, 2020, at 10:00 a.m. The defendant is ordered to appear.

IT IS SO ORDERED.

Dated: **September 15, 2020**

UNITED STATES MAGISTRATE JUDGE