# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:20-po-00071 SAB |
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S STATUS REPORT ON** |
| v. | ) | **UNSUPERVISED PROBATION** |
| | ) | |
| JASON P. WOMACK, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** Driving a Motor Vehicle Without a Valid Driver's License, in violation of 36 C.F.R. § 4.2(b), CVC § 12500

**Sentence Date:** October 15, 2020

**Review Hearing Date:** August 19, 2021

**Probation Expires On:** October 15, 2021

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $1,010.00 which Total Amount is made up of a Fine: $ 1,000 Special Assessment: $ 10.00  Processing Fee: $ 0 Restitution: $ 0

☒ Payment schedule of $ 120.00 per month by the 15th of each month.

☐ **Community Service hours Imposed of:** 0

☐ **Other Conditions:**

### *COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described above.

**Otherwise:**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☒ To date, Defendant has paid a total of $ 1,080[1]
☐ If not paid in full when was last time payment:  Date: 7/27/2021
  Amount: $120.00

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☐ Compliance with Other Conditions of Probation:

---

[1] Based on a review of records, defense counsel believes that Mr. Womack has overpaid his fine by $70.00

CAED (Fresno)- Misd. 6 (Rev. 11/2014)

## GOVERNMENT POSITION:

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

DATED:  8/10/2021            /s/ Jeffrey Spivak
                              JEFFREY SPIVAK
                              Assistant United States Attorney
                              Attorney for Plaintiff

## DEFENDANT'S REQUEST (OPTIONAL):

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 8/19/2021 at 10:00 am

    ☐ be continued to 9/16/2021 at 10:00 a.m.; or

    ☒ be vacated.

☐ that Defendant's appearance for the review hearing be waived.

DATED:  8/10/2021            /s/ Matthew Lemke
                              MATTHEW LEMKE
                              Assistant Federal Defender
                              Attorney for Defendant

# ORDER

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court orders that the Review Hearing be vacated.

☐ DENIED.

IT IS SO ORDERED.

Dated:   **August 10, 2021**

_____
UNITED STATES MAGISTRATE JUDGE